UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Janet Solander,<br><br>Petitioner<br><br>v.<br><br>Frank Dreesen, *et al.*,<br><br>Respondents | Case No.: 2:22-cv-01790-JAD-NJK<br><br>**Order**<br>**Granting Motion for Extension of Time**<br>**for FPD's Response to Appointment**<br><br>**[ECF No. 7]** |

In this habeas corpus action, I granted Petitioner Janet Solander's motion for appointment of counsel and appointed the Federal Public Defender for the District of Nevada ("FPD") to represent her. I gave the FPD 30 days—until December 2, 2022—to file a notice of appearance or to indicate to the Court its inability to represent the petitioner in this case.[1] The FPD did not appear by December 2 but, rather, on December 14, filed a motion for extension of time, requesting an extension to January 13, 2023.[2] The chief of the FPD's noncapital habeas unit states that the FPD did not receive notice of the appointment order until December 14.[3]

I find that the FPD has shown excusable neglect for not filing the motion for extension of time before the December 2 deadline,[4] and I find that the FPD's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

---

[1] ECF No. 3.
[2] ECF No. 7.
[3] *Id*. at 2.
[4] *See* LR IA 6-1(a).

IT IS THEREFORE ORDERED that **the FPD's Motion for Extension of Time (ECF No. 7) is GRANTED**. The FPD has until and including January 13, 2023, to file a notice of appearance or to indicate to the Court its inability to represent the petitioner in this case.

_____
U.S. District Judge Jennifer A. Dorsey
December 19, 2022