**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Janet Solander,<br><br>Petitioner<br><br>v.<br><br>Frank Dreesen, *et al.*,<br><br>Respondents | Case No.: 2:22-cv-01790-JAD-NJK<br><br>**Order Granting Leave<br>to File Second Amended Petition<br>and Extending Time to Pay Filing Fee or<br>Apply for *in Forma Pauperis* Status**<br><br>ECF Nos. 13 and 14 |

In this habeas corpus action, I appointed the Federal Public Defender for the District of Nevada as counsel for the petitioner, Janet Solander,[1] and counsel appeared for Solander on January 13, 2023.[2] On March 1, 2023, Solander filed a first amended petition[3] along with a motion for leave to file a second amended petition.[4]

Solander moves for leave to file a second-amended petition within 90 days, stating that she filed her first-amended petition as "a protective petition," believing "the limitations period may expire on or about March 8, 2023."[5] She adds that "[t]he purpose of the first amended protective petition is to ensure all the possible claims counsel has identified so far are timely preserved for federal review."[6] She requests time to file a second-amended petition "that reflects

---

[1] ECF No. 3.
[2] ECF No. 9.
[3] ECF No. 11.
[4] ECF No. 13.
[5] *Id.* at 2.
[6] *Ibid.*

counsel's thorough review, research, and investigation into this case."[7] The respondents have filed a notice stating that they do not oppose the motion.[8]

I find that there is good cause to allow Solander to file a second-amended petition, and I grant her motion for leave to do so. Under the circumstances, I waive application of Local Rule 15-1(a), which generally requires a party moving for leave to amend a pleading to attach the proposed amended pleading to the motion. Nothing in this order is meant to be a comment on, or to affect in any manner, the application of any statute of limitations in this case.

In the scheduling order entered on January 23, 2023,[9] I gave Solander until March 9, 2023, to pay the $5 filing fee for this action or file a new *in forma pauperis* application. On March 9, 2023, Solander filed a motion for extension of time,[10] requesting a 32-day extension of that deadline—to April 10, 2023. Her counsel represents that respondents' counsel does not oppose the motion for extension of time.[11] I find that the request is made in good faith and not solely for the purpose of delay, and based on good cause. I thus grant the motion for extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to File Second Amended Petition for Writ of Habeas Corpus **[ECF No. 13] is GRANTED.**

**IT IS FURTHER ORDERED** that Petitioner's Motion for Enlargement of Time to Pay Filing Fee **[ECF No. 14] is GRANTED.**

---

[7] *Id*. at 3.
[8] ECF No. 15.
[9] ECF No. 10.
[10] ECF No. 14.
[11] *Id*. at 2.

**IT IS FURTHER ORDERED** that petitioner has until **April 10, 2023**, to pay the $5 filing fee for this action or file a new *in forma pauperis* application, and until **June 16, 2023**, to file a second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered January 23, 2023, (ECF No. 10) will remain in effect.

_____
U.S. District Judge Jennifer A. Dorsey
March 10, 2023