UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Janet Solander,<br><br>  Petitioner<br><br>v.<br><br>William Reubart, *et al.*,<br><br>  Respondents | Case No.: 2:22-cv-01790-JAD-NJK<br><br>**Order Granting Motion for Enlargement of Time**<br><br>[ECF No. 18] |

Counseled petitioner Janet Solander was due to file a second amended habeas petition by June 16, 2023.[1] She moves to extend that deadline by 90 days, to September 14, 2023.[2] This would be the first extension of this deadline. Solander's counsel states that this extension is necessary because of the time required to review the extensive record and prepare the amended petition, his obligations in other cases, and his administrative responsibilities at the office of the Federal Public Defender. Solander's counsel represents that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that Petitioner's Motion for Enlargement of Time **[ECF No. 18] is GRANTED**. Solander will have until **September 14, 2023**, to file her second amended petition.

///

///

///

---

[1] ECF No. 16.
[2] ECF No. 18.

IT IS FURTHER ORDERED that, under Federal Rule of Civil Procedure 25(d), William Reubart is substituted for "Dreeson" as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 15, 2023