# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Janet Solander,<br><br>Petitioner<br><br>v.<br><br>William Reubart, *et al.*,<br><br>Respondents | Case No.: 2:22-cv-01790-JAD-NJK<br><br>**Order Granting Motion for Enlargement of Time**<br><br>[ECF No. 22] |

Counseled petitioner Janet Solander was meant to file a second amended habeas petition by November 13, 2023.[1] She moves to extend that deadline by 60 days, to January 12, 2024.[2] This would be the third extension of this deadline.[3] Solander's counsel explains that this extension is necessary because of the time required investigate this case, his obligations in other cases, and his administrative responsibilities at the office of the Federal Public Defender. Solander's counsel represents that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that Petitioner's Motion for Enlargement of Time **[ECF No. 22] is GRANTED**. **Solander has until January 12, 2024**, to file her second amended petition.

_____
U.S. District Judge Jennifer A. Dorsey
November 13, 2023

---

[1] ECF No. 22.
[2] ECF No. 23.
[3] *See* ECF Nos. 19, 22.