# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Janet Solander,

    Petitioner

v.

William Reubart, *et al.*,

    Respondents

Case No.: 2:22-cv-01790-JAD-NJK

**Order Granting Motion for Enlargement of Time**

**[ECF No. 25]**

    Counseled petitioner Janet Solander was meant to file a second amended habeas petition by January 12, 2024.[1] She moves to extend that deadline by 31 days, to February 12, 2024.[2] This would be the fourth extension of this deadline.[3] Solander's counsel explains that this extension is necessary because of the time required to investigate this case and draft the second amended petition, his obligations in other cases, and his administrative responsibilities at the office of the Federal Public Defender. Solander's counsel represents that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that Petitioner's Motion for Enlargement of Time **[ECF No. 25] is GRANTED**. Solander has until **February 12, 2024**, to file her second amended petition.

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey
                                            January 12, 2024

---

[1] ECF No. 24.
[2] ECF No. 25.
[3] *See* ECF Nos. 19, 22, 24.