UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Janet Solander,<br><br>   Petitioner<br><br>v.<br><br>William Reubart, *et al.*,<br><br>   Respondents | Case No.: 2:22-cv-01790-JAD-NJK<br><br>**Order Granting<br>Motion for Enlargement of Time**<br><br>[ECF No. 32] |

The respondents were meant to file a response to counseled petitioner Janet Solander's second amended petition for writ of habeas corpus by May 13, 2024.[1] Respondents move to extend that deadline by 60 days, to July 12, 2024.[2] This would be the first extension of this deadline. Respondents' counsel explains that this extension is necessary because of their obligations in other cases. Respondents' counsel represents that Solander does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that Respondents' Motion for Enlargement of Time **[ECF No. 32] is GRANTED**. **Respondents have until July 12, 2024, to file their response to the second amended petition** for writ of habeas corpus.

_____
U.S. District Judge Jennifer A. Dorsey
May 13, 2024

---

[1] ECF No. 10.
[2] ECF No. 32.